# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

No. 1D2025-1899

————————————————————

STANDING SEAM ROOFING, LLC,
f/k/a BOBBY JAMES ROOFING AND
CO., LLC, and JUAN CASTILLO,

    Appellants,

    v.

EAST POINT ROOFING & METAL
SALES, INC., DAPHNE EVANOFF,
and ROBERT C. JAMES,

    Appellees.

————————————————————

On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Judge.


August 11, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Melanie C. Kalmanson and Julia M. Wischmeier of Quarles & Brady, LLP, Tampa, for Appellants.

Patrick R. Frank and Keisha D. Rice of Frank & Rice, P.A., Tallahassee, for Appellees.